# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| LEO SHUMACHER, )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>MTS SYSTEMS CORPORATION, DAVID )<br>J. ANDERSON, RANDY J. MARTINEZ, )<br>NANCY ALTOBELLO, DAVID D. )<br>JOHNSON, MICHAEL V. SCHROCK, )<br>CHUN HUNG YU, and LINDA )<br>ZUKAUCKAS, )<br>)<br>      Defendants. ) | Case No. 1:21-cv-00094-LPS |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 18, 2021

**RIGRODSKY LAW, P.A.**

By:  */s/ Gina M. Serra*
Seth D. Rigrodsky
Gina M. Serra
Herbert W. Mondros
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*Attorneys for Plaintiff*